U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED NOV 0 3 2011
CLERK'S OFFICE

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Paul Stephan
Plaintiff

316085
Inmate Number

VERSUS

Department of Correction La.
GEO Group Inc. warden
Terell, asst. warden Cooley,
nurse Angl Easton Hospital Admin. ETAL

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): ______________________________

   Defendant(s): ______________________________

2. Court (if federal court, name the district; if state court, name the parish):
______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: ______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
______________________________

6. Date of filing lawsuit: ______________________________
7. Date of disposition: ______________________________

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( ) No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.
______________________________

II. Place of present confinement: Allen Correctional Center, Kinder, La. 70648

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ______

2. What steps did you take? ______

3. What was the result? ______

D. If your answer is No, explain why not: ______

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Paul Stephan 316085
Address 3751 Lauderdale Woodyard Rd. Kinder La 70648

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Department of Corrections, La. is employed as James LeBlanc Sectary at Baton Rouge, La.

C. Additional Defendants: GEO Group Inc., Warden Trelle Asst. warden Cooley Nurse Angila Easton Hospital Admin.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon arriveing at Allen Correctional Center on 5-2-11 I went to intake medical. I told the nurse I had an appointment with Orthopic Doctor at Shreveport hospital for surgery on my hand. I was gave mortin for pain and order X-Rays. I seen the prison Doctor 5-20-11 who said I need to see an Orthopic Dr. After makeing many sick call request for pain medication over (2) two months I wrote the Asst warden Cooley who sent my letter to the hospital Admin. here at the prison, what response was sent to me 5-18-11 That was how I got to see the doctor 5-20-11 I then wrote again 6-21-11 to asst warden Cooley about the pain, to please help me! The letter was sent to Ms A. Eason HSA. Who said "you have seen the MD several times, you have been told there is (see attach sheet) page 1 of 3 see 2 of 3 + 3 of 3 on back

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. That I be paid for the pain and suffering cruel and unusual punishment. deliberate indifference to a serious medical need and mental a stress and anguise and ALL cost be paid by defendants.

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 1st day of Nov, 2011.

Paul Stephan 316088
Signature of plaintiff(s)

NO frature or broken bones, therefor NO futher treatment indicated
That was the reply from the 6-21-11 letter to Asst. warden Cooley.
After makeing many sick call request I then wrote Warden Terrell
6-29-11 asking him for help, he sent the letter to H.S.A. where she
reply saying, The doctor here belives he can treat this here at A.L.C.
That was 7-5-11 and yet nothing is been done.
I kept sending sick call request about the pain as to where I was
sent to H.P.L. Hospital to see a Doctor who said I need to see an orthopic
for surgery, and gave me pain pills. After geting back to A.L.C.
I had to make complaints to get the pain pills.
I ask when my appointment with the orthopic dr. was comen up.
I was told there is NO appointment being made! I then filed
an Emergency Nature Administrative Remedy 6-27-11
I filed the A.R.P. befor the H.P.L. visit it was from the A.R.P.
I got to H.P.L. (my mistake) I went to H.P.L. 8-10-11 and I have
yet been sent to orthopic doctor todays date 10-31-11 I still send
sick call request about the pain but nothing is done
This is cruel and unusel punishment with the intent of wanton
infliction of pain totally without penological justifcation. This is
an Eight Amendment violation deprivation and denying the minimal
civilized measure of life necessities. The officials acted with
sufficiently culpable state of mind, causeing me deliberate
indifferance to a serious medical needs. The Wardens and nurse's
are all aware of this as the head of D.O.C. from the A.R.P.
so they are all aware of the pain an suffering. The H.S.A. has never
seen my hand or me to make any kind of assessment of my
hand, but yet she did, I have all sick call requests and letters.

I sent a hand drawing of my hand and wrist with the ARP. and have copy as to where they could see the damage to my hand and wrist.

I am not no attorney, but they have done me wrong and still are doing me wrong.

I ask this court to allow me to file amendments to this due to me forgeting something due to me being 61 years old.

This is all treu and correct to the best of my memorey. Done on this 1st day of NOV 2011 at Kinder. LA.

Paul Stephan 316085

Paul Stephan

Paul Stephan 316085
3751 Lauderdale Woodyard Rd.
Kinder, LA.
70648

SCREENED
OK
U.S. MARSHAL

Clerk of Court
United States District Court
Middle District of LA.
777 Florida Street, suite 139
Baton Rouge, LA.
70801-1712

Paul Stephan 316085
3751 Lauderdale Woodyard Rd.
Kinder, La.
70648

SCREENED
OK
U.S. MARSHAL

Clerk of Court
United States District Court
Middle District of La.
777 Florida Street, suite 139
Baton Rouge, La.
70801-1712